UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                              Bankr. Case No. 23-18928

Joseph C Corliss and Susan A Sharpe-Corliss                                            Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing LTD d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

        By  /s/  Lorenzo Nunez

        Lorenzo Nunez
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 23-18928

Joseph C Corliss and Susan A Sharpe-Corliss                                                     Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 6, 2023 :

| | |
|---|---|
| Ronald E. Norman<br>Law Office of Ronald E. Norman<br>Washington Professional Campus II<br>901 Route 168<br>Suite 407A<br>Turnersville, NJ 08012 | Andrew Finberg<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053 |

By __/s/ Lorenzo Nunez_____

    Lorenzo Nunez

xxxxx48491 / 1080164