| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-1(b)** <br><br> **HILL WALLACK LLP** <br> Elizabeth K. Holdren, Esq. <br> 21 Roszel Road <br> P.O. Box 5226 <br> Princeton, NJ 08543 <br> Phone: 609-924-0808 <br> Email: eholdren@hillwallack.com <br> *Attorneys for Lakebridge Community Services Association, Inc.* | |
| In Re: <br><br> Joseph C. Corliss aka Joseph Corliss aka Joseph Clark Corliss <br><br> and <br><br> Susan A. Sharpe-Corliss, <br><br>          Debtors. <br> . | Chapter 13 <br><br> Case No.: 23-18928 (ABA) |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

     ☐ Settled        ☒ Withdrawn

Matter: Notice of Appearance on behalf of Lakebridge Community Services, Inc. filed 10/19/23, Docket No. 15

Date: December 18, 2023             */s/ Elizabeth K. Holdren*
                                                   Elizabeth K. Holdren