UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322 dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC BANK, NATIONAL ASSOCIATION

**Order Filed on December 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Joseph C Corliss a/k/a Joseph Corliss a/k/a
Joseph Clark Corliss
Susan A Sharpe-Corliss a/k/a Susan Sharpe
a/k/a Susan A Sharpe a/k/a Susan Allyson
Sharpe a/k/a Susan A McElrath a/k/a
SUSAN SHARPECORLISS
Debtors

Case No.:  23-18928 ABA

Hearing Date:  1/10/2024 @ 9:00 a.m.

Judge:  Andrew B. Altenburg, Jr.

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: December 29, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtors: | Joseph C Corliss a/k/a Joseph Corliss a/k/a Joseph Clark Corliss & Susan A Sharpe-Corliss a/k/a Susan Sharpe a/k/a Susan A Sharpe a/k/a Susan Allyson Sharpe a/k/a Susan A McElrath a/k/a SUSAN SHARPECORLISS |
| Case No.: | 23-18928 ABA |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor PNC BANK, NATIONAL ASSOCIATION, holder of a mortgage on real property located at 32 Knollwood Drive, Deptford, NJ, 08096, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Ronald E. Norman, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, (Claim No. 27) through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:

Joseph C Corliss

Susan A Sharpe-Corliss

   Debtors

Case No. 23-18928-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 29, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Joseph C Corliss, Susan A Sharpe-Corliss, 32 Knollwood Drive, Woodbury, NJ 08096-6703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023

Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Diane Boudwin | on behalf of Creditor Lakebridge Community Services Association  Inc. rboudwin@brrllaw.com |
| Ronald E. Norman | on behalf of Joint Debtor Susan A Sharpe-Corliss rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| Ronald E. Norman | on behalf of Debtor Joseph C Corliss rnorman@rnormanlaw.com |

District/off: 0312-1                                  User: admin                                          Page 2 of 2
Date Rcvd: Dec 29, 2023                          Form ID: pdf903                                  Total Noticed: 1

ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestc
ase.com;9070633420@filings.docketbird.com

U.S. Trustee
                                      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6