Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  23−18928−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph C Corliss<br>aka Joseph Corliss, aka Joseph Clark Corliss<br>32 Knollwood Drive<br>Woodbury, NJ 08096 | Susan A Sharpe−Corliss<br>aka Susan A Sharpe, aka Susan Sharpe, aka Susan Allyson Sharpe, aka SUSAN SHARPECORLISS, aka Susan A McElrath<br>32 Knollwood Drive<br>Woodbury, NJ 08096 |

Social Security No.:
  xxx−xx−1510                                                  xxx−xx−3144

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Certification About a Financial Management Course* (Official Form 423) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: January 1, 2024
JAN: admi

                                                                               Jeanne Naughton
                                                                               Clerk