Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−18928−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C Corliss
aka Joseph Corliss, aka Joseph Clark
Corliss
32 Knollwood Drive
Woodbury, NJ 08096

Susan A Sharpe−Corliss
aka Susan A Sharpe, aka Susan Sharpe, aka
Susan Allyson Sharpe, aka SUSAN
SHARPECORLISS, aka Susan A McElrath
32 Knollwood Drive
Woodbury, NJ 08096

Social Security No.:
  xxx−xx−1510                                   xxx−xx−3144

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 11, 2024.

Dated: April 12, 2024
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18928-ABA |
| Joseph C Corliss | Chapter 13 |
| Susan A Sharpe-Corliss | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 12, 2024 | Form ID: plncf13 | Total Noticed: 89 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph C Corliss, Susan A Sharpe-Corliss, 32 Knollwood Drive, Woodbury, NJ 08096-6703 |
| 520051192 | | 0742 Life Storage, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520051193 | + | A Spot on the Avenue, 618 East Landis Ave., Vineland, NJ 08360-8007 |
| 520051197 | ++ | ATLANTIC RECOVERY SOLUTIONS LLC, 33 DODGE RD, STE 108, GETZVILLE NY 14068-1540 address filed with court:, Atlantic Recovery Solutions, PO Box 156, East Amherst, NY 14051 |
| 520051202 | + | Bank of America NA, c/o 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 520051215 | | Citibank N.A., 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520051234 | + | Extra Storage space, 1322 Laurel Road, Clementon, NJ 08021-3758 |
| 520051235 | | First National Bank of Omaha, 1601 Capitol Ave, Omaha, NE 68102 |
| 520051236 | + | Fox Run Self Storage, 750 Fox Run Road, Sewell, NJ 08080-4256 |
| 520051239 | + | Hill Wallack LLP, 1415 Route 70 East , Suite 309, Cherry Hill, NJ 08034-2210 |
| 520051248 | + | Lakebridge Community Services Associatio, 21 Knollwood Drive, Woodbury, NJ 08096-6702 |
| 520116382 | + | Lakebridge Community Services Association, Inc., c/o Rebecca D. Boudwin, Esquire, 10000 Midlantic Drive, Suite 100E, Mount Laurel, NJ 08054-1520 |
| 520051249 | | Law Office of McInerney and Schmidt, LLC, 719 East Main Street Suite 2B, Moorestown, NJ 08057 |
| 520051250 | + | Life Storage, 777 Mantua Grove Road, Paulsboro, NJ 08066-1732 |
| 520051252 | +++ | Lvnv Funding LLC, Greenville, SC 29601 |
| 520051258 | | NJ State Division of Taxation, Bankruptcy Compliance and Enforcement, 08965 |
| 520062617 | + | Pioneer Credit Recovery Inc., Attn: Tyrisha Broadway, representative, PO Box 1018, Moorestown, NJ 08057-0018 |
| 520051260 | +++ | Pnc Financial, Cleveland, OH 44101 |
| 520051269 | +++ | Rubin & Rothman LLC, Attn: Christop J Ahern, Islandia, NY 11749 |
| 520051271 | + | Selip & Stylianou LLP, Attn: Janki N. Patel, 10 Forest Ave., Paramus, NJ 07652-5238 |
| 520051277 | +++ | Td Bank, Lewiston, ME 04240 |
| 520051280 | +++ | U.S. Bank N.A., Greenville, SC 29601 |
| 520051282 | + | Zwicker & Associates, Attn: Peter N. Fish, 1202 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-4308 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520057193 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 12 2024 20:46:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520074362 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 12 2024 20:46:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 520051194 | | Email/Text: Bankruptcy@ICSystem.com | | |

District/off: 0312-1

Date Rcvd: Apr 12, 2024

User: admin

Form ID: plncf13

Page 2 of 5

Total Noticed: 89

| | | Apr 12 2024 20:46:00 | AES, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
|---|---|---|---|
| 520096176 | Email/PDF: bncnotices@becket-lee.com | Apr 12 2024 21:12:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520051196 | Email/PDF: bncnotices@becket-lee.com | Apr 12 2024 21:01:44 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520051195 | Email/PDF: bncnotices@becket-lee.com | Apr 12 2024 21:01:19 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520111786 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2024 21:01:36 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520051199 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2024 20:45:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520051198 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2024 20:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520115143 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2024 20:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520051204 | Email/Text: BarclaysBankDelaware@tsico.com | Apr 12 2024 20:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520051203 | Email/Text: BarclaysBankDelaware@tsico.com | Apr 12 2024 20:46:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520051219 | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 12 2024 20:45:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 520051205 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2024 21:01:15 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051206 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2024 21:12:16 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520060897 | + Email/PDF: ebn_ais@aisinfo.com | Apr 12 2024 21:01:22 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520051217 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2024 21:01:41 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520051216 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2024 21:01:35 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520051218 | ^ MEBN | Apr 12 2024 20:45:37 | Citizens Bank, 6 Corporate Dr, Shelton, CT 06484-6270 |
| 520051221 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2024 20:46:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051220 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2024 20:46:00 | Comenity Bank/Catherines, PO Box 182789, Columbus, OH 43218-2789 |
| 520051222 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2024 20:46:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051223 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2024 20:46:00 | Comenity Bank/Helzberg, PO Box 182789, Columbus, OH 43218-2789 |
| 520051226 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2024 20:46:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 520051227 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2024 20:46:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520051228 | Email/Text: mrdiscen@discover.com | Apr 12 2024 20:45:00 | Discover Bank, c/o Discover Products Inc., 6500 New Albany Road East, New Albany, OH 43054 |
| 520057307 | Email/Text: mrdiscen@discover.com | Apr 12 2024 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

District/off: 0312-1                          User: admin                                    Page 3 of 5

Date Rcvd: Apr 12, 2024                       Form ID: plncf13                               Total Noticed: 89

| | | | |
|---|---|---|---|
| 520051231 | Email/Text: mrdiscen@discover.com | Apr 12 2024 20:45:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520051230 | Email/Text: mrdiscen@discover.com | Apr 12 2024 20:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520051237 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 12 2024 20:46:00 | Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520051240 | Email/Text: Bankruptcy@ICSystem.com | Apr 12 2024 20:46:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520051241 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 12 2024 20:47:00 | Indigo Credit Card, 14600 Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 520051243 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2024 20:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520051244 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2024 21:12:32 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520051247 | Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2024 20:45:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520051246 | Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2024 20:45:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520078677 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2024 21:01:16 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520051251 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2024 21:01:16 | Lvnv Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Place Suite 110 Mail stop 276, Greenville, SC 29601-5115 |
| 520051255 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2024 21:01:36 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520051257 | Email/Text: ml-ebn@missionlane.com | Apr 12 2024 20:45:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520051256 | Email/Text: ml-ebn@missionlane.com | Apr 12 2024 20:45:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520096540 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2024 20:46:00 | Midland Credit Management, Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 520107651 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2024 20:45:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 520116598 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2024 20:45:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520051262 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2024 20:45:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520051264 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2024 20:45:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 520051263 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2024 20:45:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 520051259 | + Email/Text: bkfilings@zwickerpc.com | Apr 12 2024 20:47:00 | PNC Bank, c/o 1020 laurel Park Road, Suite 303, Voorhees, NJ 08043-3518 |
| 520109458 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2024 21:12:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520051266 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2024 21:12:28 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520149147 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2024 21:01:24 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |

District/off: 0312-1                         User: admin                                        Page 4 of 5
Date Rcvd: Apr 12, 2024                      Form ID: plncf13                                   Total Noticed: 89

| 520113947 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 12 2024 21:12:25 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 520180142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 12 2024 21:01:16 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 520051265 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 12 2024 21:01:16 | Portfolio Recov Assoc, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520051267 | + | Email/Text: signed.order@pfwattorneys.com | | |
| | | Apr 12 2024 20:45:00 | Pressler Felt & Warshaw LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520110316 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 12 2024 20:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520078465 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 12 2024 20:46:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520115099 | + | Email/Text: bncmail@w-legal.com | | |
| | | Apr 12 2024 20:46:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520051272 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 12 2024 21:12:28 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520111570 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Apr 12 2024 21:01:43 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520051274 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 12 2024 21:01:55 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520051273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 12 2024 21:12:19 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520051279 | | Email/Text: bankruptcy@td.com | | |
| | | Apr 12 2024 20:46:00 | Td Bank, Attn: Bankruptcy/TD Card Srvs, PO Box 84037, Columbus, GA 31908-4037 |
| 520061880 | ^ | MEBN | | |
| | | Apr 12 2024 20:44:45 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 66

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520051229 | | Discover Bank |
| 520051254 | | Lvnv Funding LLC |
| 520051201 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520051200 | * | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520051207 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051208 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051209 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051210 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051211 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051212 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051213 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051214 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051224 | * | Comenity Bank/Helzberg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051225 | * | Comenity Bank/Helzberg, PO Box 182789, Columbus, OH 43218-2789 |
| 520051233 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520051232 | * | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520051238 | *+ | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520051242 | *+ | Indigo Credit Card, 14600 Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 520051245 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520051268 | *+ | Pressler Felt & Warshaw LP, 7 Entin Road, Parsippany, NJ 07054-5020 |

District/off: 0312-1

User: admin

Page 5 of 5

Date Rcvd: Apr 12, 2024

Form ID: plncf13

Total Noticed: 89

| | | |
|---|---|---|
| 520051276 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520051275 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024

Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| Rebecca Diane Boudwin | on behalf of Creditor Lakebridge Community Services Association  Inc. rboudwin@brrllaw.com |
| Ronald E. Norman | on behalf of Joint Debtor Susan A Sharpe-Corliss rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| Ronald E. Norman | on behalf of Debtor Joseph C Corliss rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7