| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Office of Ronald E. Norman, LLC<br>Ronald E. Norman, Esquire (RN-5209)<br>Washington Professional Campus II<br>901 Route 168, Suite 407 A<br>Turnersville, NJ 08012<br>(856) 374-3100 | Order Filed on July 23, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph C Corliss and Susan A Sharpe-Corliss | Case No.: 23-18928-ABA<br><br>Adv. No.:<br><br>Hearing Date: 7/23/24 @ 10 am<br><br>Judge:   ABA |

## ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through <u>TWO (2)</u>   is hereby **ORDERED**

**DATED: July 23, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE TWO)
DEBTOR: JOSEPH C CORLISS & SUSAN A SHARPE-CORLISS
CASE NUMBER: 23-18928-ABA

**Caption of Order: ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS**

Upon the motion of Ronald E. Norman, Esquire, attorney for Debtors, Joseph C Corliss and Susan A Sharpe-Corliss for suspension of trustee payments until September 01, 2024 until further ordered by this court hereinafter set forth, and for good cause shown, it is

ORDERED that the Debtors's Plan payments of Joseph C Corliss and Susan A Sharpe - Corliss due July 2024, August 2024 and September 2024 are hereby suspended; and

Debtor shall continue plan payments at $10,144.00 PTD, then $2,389.00 x 49 start October 1, 2024.