UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Ronald E. Norman, LLC
Ronald E. Norman, Esquire (RN-5209)
Washington Professional Campus II
901 Route 168, Suite 407 A
Turnersville, NJ 08012
(856) 374-3100

Order Filed on July 23, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph C Corliss and Susan A Sharpe-Corliss

Case No.: 23-18928-ABA

Adv. No.:

Hearing Date: 7/23/24 @ 10 am

Judge:   ABA

### ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS

The relief set forth on the following pages, numbered two (2) through <u>TWO (2)</u> is hereby **ORDERED**

**DATED: July 23, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE TWO)
DEBTOR: JOSEPH C CORLISS & SUSAN A SHARPE-CORLISS
CASE NUMBER: 23-18928-ABA

**Caption of Order: ORDER FOR SUSPENSION OF TRUSTEE PAYMENTS**
_____

     Upon the motion of Ronald E. Norman, Esquire, attorney for Debtors, Joseph C Corliss and Susan A Sharpe-Corliss for suspension of trustee payments until September 01, 2024 until further ordered by this court hereinafter set forth, and for good cause shown, it is

     ORDERED that the Debtors's Plan payments of Joseph C Corliss and Susan A Sharpe - Corliss due July 2024, August 2024 and September 2024 are hereby suspended; and

Debtor shall continue plan payments at $10,144.00 PTD, then $2,389.00 x 49 start October 1, 2024.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18928-ABA |
| Joseph C Corliss | Chapter 13 |
| Susan A Sharpe-Corliss | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph C Corliss, Susan A Sharpe-Corliss, 32 Knollwood Drive, Woodbury, NJ 08096-6703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| Rebecca Diane Boudwin | on behalf of Creditor Lakebridge Community Services Association Inc. rboudwin@brrllaw.com |
| Ronald E. Norman | on behalf of Joint Debtor Susan A Sharpe-Corliss rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Ronald E. Norman
on behalf of Debtor Joseph C Corliss rnorman@rnormanlaw.com
ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7