Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 23−18928−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C Corliss  
aka Joseph Corliss, aka Joseph Clark Corliss  
32 Knollwood Drive  
Woodbury, NJ 08096

Susan A Sharpe−Corliss  
aka Susan A Sharpe, aka Susan Sharpe, aka Susan Allyson Sharpe, aka SUSAN SHARPECORLISS, aka Susan A McElrath  
32 Knollwood Drive  
Woodbury, NJ 08096

Social Security No.:  
xxx−xx−1510                    xxx−xx−3144

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 11, 2024.

On November 27, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                January 8, 2025  
Time:                09:00 AM  
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 2, 2024  
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18928-ABA |
| Joseph C Corliss | Chapter 13 |
| Susan A Sharpe-Corliss | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 02, 2024 | Form ID: 185 | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph C Corliss, Susan A Sharpe-Corliss, 32 Knollwood Drive, Woodbury, NJ 08096-6703 |
| 520051192 | | 0742 Life Storage, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520051193 | + | A Spot on the Avenue, 618 East Landis Ave., Vineland, NJ 08360-8007 |
| 520051197 | ++ | ATLANTIC RECOVERY SOLUTIONS LLC, 33 DODGE RD, STE 108, GETZVILLE NY 14068-1540 address filed with court:, Atlantic Recovery Solutions, PO Box 156, East Amherst, NY 14051 |
| 520051202 | + | Bank of America NA, c/o 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 520051234 | + | Extra Storage space, 1322 Laurel Road, Clementon, NJ 08021-3758 |
| 520051236 | + | Fox Run Self Storage, 750 Fox Run Road, Sewell, NJ 08080-4256 |
| 520051239 | + | Hill Wallack LLP, 1415 Route 70 East , Suite 309, Cherry Hill, NJ 08034-2210 |
| 520051248 | + | Lakebridge Community Services Associatio, 21 Knollwood Drive, Woodbury, NJ 08096-6702 |
| 520116382 | + | Lakebridge Community Services Association, Inc., c/o Rebecca D. Boudwin, Esquire, 10000 Midlantic Drive, Suite 100E, Mount Laurel, NJ 08054-1520 |
| 520051249 | | Law Office of McInerney and Schmidt, LLC, 719 East Main Street Suite 2B, Moorestown, NJ 08057 |
| 520051250 | + | Life Storage, 777 Mantua Grove Road, Paulsboro, NJ 08066-1732 |
| 520051252 | +++ | Lvnv Funding LLC, Greenville, SC 29601 |
| 520051258 | | NJ State Division of Taxation, Bankruptcy Compliance and Enforcement, 08965 |
| 520062617 | + | Pioneer Credit Recovery Inc., Attn: Tyrisha Broadway, representative, PO Box 1018, Moorestown, NJ 08057-0018 |
| 520051260 | +++ | Pnc Financial, Cleveland, OH 44101 |
| 520051269 | +++ | Rubin & Rothman LLC, Attn: Christop J Ahern, Islandia, NY 11749 |
| 520051277 | +++ | Td Bank, Lewiston, ME 04240 |
| 520051280 | +++ | U.S. Bank N.A., Greenville, SC 29601 |
| 520051282 | + | Zwicker & Associates, Attn: Peter N. Fish, 1202 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-4308 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 02 2024 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 02 2024 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520057193 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 02 2024 21:00:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520074362 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 02 2024 21:00:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 520051194 | | Email/Text: Bankruptcy@ICSystem.com | Dec 02 2024 20:59:00 | AES, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520096176 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 23-18928-ABA    Doc 56    Filed 12/04/24    Entered 12/05/24 00:20:41    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: 185 | Total Noticed: 91 |

| | | | |
|---|---|---|---|
| | | Dec 02 2024 21:09:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520051196 | Email/PDF: bncnotices@becket-lee.com | Dec 02 2024 21:09:17 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520051195 | Email/PDF: bncnotices@becket-lee.com | Dec 02 2024 21:09:48 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520111786 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2024 21:08:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520051199 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 02 2024 20:58:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520051198 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 02 2024 20:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520115143 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 02 2024 20:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520051204 | Email/Text: BarclaysBankDelaware@tsico.com | Dec 02 2024 21:00:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520051203 | Email/Text: BarclaysBankDelaware@tsico.com | Dec 02 2024 21:00:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520051219 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 02 2024 20:58:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 520051205 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2024 21:09:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051206 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 02 2024 21:09:56 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520060897 | + Email/PDF: ebn_ais@aisinfo.com | Dec 02 2024 20:57:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520051215 | ^ MEBN | Dec 02 2024 20:53:48 | Citibank N.A., 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520051217 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2024 21:09:48 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520051216 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 02 2024 21:09:47 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520051218 | ^ MEBN | Dec 02 2024 20:56:07 | Citizens Bank, 6 Corporate Dr, Shelton, CT 06484-6270 |
| 520051221 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2024 21:00:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051220 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2024 21:00:00 | Comenity Bank/Catherines, PO Box 182789, Columbus, OH 43218-2789 |
| 520051222 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2024 21:00:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051223 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2024 21:00:00 | Comenity Bank/Helzberg, PO Box 182789, Columbus, OH 43218-2789 |
| 520051226 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2024 21:00:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 520051227 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2024 21:00:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520051228 | Email/Text: mrdiscen@discover.com | Dec 02 2024 20:58:00 | Discover Bank, c/o Discover Products Inc., 6500 New Albany Road East, New Albany, OH 43054 |
| 520057307 | Email/Text: mrdiscen@discover.com | Dec 02 2024 20:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520051231 | | Email/Text: mrdiscen@discover.com | Dec 02 2024 20:58:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520051230 | | Email/Text: mrdiscen@discover.com | Dec 02 2024 20:58:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520051235 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 02 2024 20:59:00 | First National Bank of Omaha, 1601 Capitol Ave, Omaha, NE 68102 |
| 520051237 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 02 2024 21:00:00 | Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520051240 | | Email/Text: Bankruptcy@ICSystem.com | Dec 02 2024 20:59:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520051241 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 02 2024 21:01:00 | Indigo Credit Card, 14600 Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 520051243 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2024 20:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520341544 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2024 21:00:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520341545 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 02 2024 21:00:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520051244 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 02 2024 21:09:48 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520051247 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 02 2024 20:58:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520051246 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 02 2024 20:58:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520078677 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2024 21:09:10 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520051251 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2024 20:58:26 | Lvnv Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Place Suite 110 Mail stop 276, Greenville, SC 29601-5115 |
| 520051255 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2024 21:08:52 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520051257 | | Email/Text: ml-ebn@missionlane.com | Dec 02 2024 20:58:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520051256 | | Email/Text: ml-ebn@missionlane.com | Dec 02 2024 20:58:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520096540 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2024 21:00:00 | Midland Credit Management, Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 520107651 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2024 20:59:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 520116598 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2024 20:59:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520051262 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2024 20:59:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520051264 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2024 20:59:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 520051263 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 02 2024 20:59:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 520051259 | + | Email/Text: bkfilings@zwickerpc.com | Dec 02 2024 21:01:00 | PNC Bank, c/o 1020 laurel Park Road, Suite 303, Voorhees, NJ 08043-3518 |

Case 23-18928-ABA   Doc 56   Filed 12/04/24   Entered 12/05/24 00:20:41   Desc Imaged
                         Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 02, 2024 | Form ID: 185 | Total Noticed: 91 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520109458 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2024 21:09:14 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520051266 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2024 20:57:43 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520149147 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2024 21:09:27 | | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 520113947 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2024 21:09:29 | | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 520180142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2024 21:09:21 | | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 520051265 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 02 2024 20:57:45 | | Portfolio Recov Assoc, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520051267 | + | Email/Text: signed.order@pfwattorneys.com | Dec 02 2024 20:59:00 | Pressler Felt & Warshaw LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520110316 | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2024 21:00:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520078465 | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2024 21:00:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520115099 | + | Email/Text: bncmail@w-legal.com | Dec 02 2024 20:59:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520051271 | | ^ MEBN | Dec 02 2024 20:55:20 | Selip & Stylianou LLP, Attn: Janki N. Patel, 10 Forest Ave., Paramus, NJ 07652-5238 |
| 520051272 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2024 20:57:32 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520111570 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 02 2024 21:08:57 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520051274 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2024 21:09:44 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520051273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 02 2024 21:09:47 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520051279 | | Email/Text: bankruptcy@td.com | Dec 02 2024 21:00:00 | Td Bank, Attn: Bankruptcy/TD Card Srvs, PO Box 84037, Columbus, GA 31908-4037 |
| 520061880 | | ^ MEBN | Dec 02 2024 20:54:55 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 71

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520051229 | | Discover Bank |
| 520051254 | | Lvnv Funding LLC |
| 520051201 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520051200 | * | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520051207 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051208 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051209 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051210 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051211 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

| | | |
|---|---|---|
| 520051212 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051213 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051214 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051224 | * | Comenity Bank/Helzberg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051225 | * | Comenity Bank/Helzberg, PO Box 182789, Columbus, OH 43218-2789 |
| 520051233 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520051232 | * | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520051238 | *+ | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520051242 | *+ | Indigo Credit Card, 14600 Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 520051245 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520051268 | *+ | Pressler Felt & Warshaw LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520051276 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520051275 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:**

**Name**               **Email Address**

Andrew B Finberg
   ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jennifer R. Gorchow
   on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com

Rebecca Diane Boudwin
   on behalf of Creditor Lakebridge Community Services Association  Inc. rboudwin@brrllaw.com

Ronald E. Norman
   on behalf of Joint Debtor Susan A Sharpe-Corliss rnorman@rnormanlaw.com
   ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

Ronald E. Norman
   on behalf of Debtor Joseph C Corliss rnorman@rnormanlaw.com
   ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7