**LAW OFFICES**
**RONALD E NORMAN**
**WASHINGTON PROFESSIONAL CAMPUS II**
**901 ROUTE 168, SUITE 407A**
**TURNERSVILLE, NJ 08012**
TEL. (856) 374-3100
Fax. 1(856)-374-3100
Email: Rnorman@Rnormanlaw.com

January 6, 2025

VIA ECF
Clerk,
US Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08101

**RE:**   **Case Name:**   Joseph C Corliss and Susan A Sharpe-Corliss
         **Case Number:**   23-18928-ABA

Dear Sir/Madam:

Please withdraw Debtor's modified plan after confirmation docket entry number 53.

Thank you for your cooperation herein.

Very truly yours,

BY: /s/ Ronald E Norman
Ronald E Norman, Esq.