Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18928−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C Corliss
aka Joseph Corliss, aka Joseph Clark Corliss
32 Knollwood Drive
Woodbury, NJ 08096

Susan A Sharpe−Corliss
aka Susan A Sharpe, aka Susan Sharpe, aka Susan Allyson Sharpe, aka SUSAN SHARPECORLISS, aka Susan A McElrath
32 Knollwood Drive
Woodbury, NJ 08096

Social Security No.:
xxx−xx−1510                    xxx−xx−3144

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on February 24, 2025.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 24, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-18928-ABA
Joseph C Corliss  Chapter 13
Susan A Sharpe-Corliss
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 148 | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph C Corliss, Susan A Sharpe-Corliss, 32 Knollwood Drive, Woodbury, NJ 08096-6703 |
| 520051192 | | 0742 Life Storage, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520051193 | + | A Spot on the Avenue, 618 East Landis Ave., Vineland, NJ 08360-8007 |
| 520051197 | ++ | ATLANTIC RECOVERY SOLUTIONS LLC, 33 DODGE RD, STE 108, GETZVILLE NY 14068-1540 address filed with court:, Atlantic Recovery Solutions, PO Box 156, East Amherst, NY 14051 |
| 520051202 | + | Bank of America NA, c/o 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 520051234 | + | Extra Storage space, 1322 Laurel Road, Clementon, NJ 08021-3758 |
| 520051236 | + | Fox Run Self Storage, 750 Fox Run Road, Sewell, NJ 08080-4256 |
| 520051239 | + | Hill Wallack LLP, 1415 Route 70 East , Suite 309, Cherry Hill, NJ 08034-2210 |
| 520051248 | + | Lakebridge Community Services Associatio, 21 Knollwood Drive, Woodbury, NJ 08096-6702 |
| 520116382 | + | Lakebridge Community Services Association, Inc., c/o Rebecca D. Boudwin, Esquire, 10000 Midlantic Drive, Suite 100E, Mount Laurel, NJ 08054-1520 |
| 520051249 | | Law Office of McInerney and Schmidt, LLC, 719 East Main Street Suite 2B, Moorestown, NJ 08057 |
| 520051250 | + | Life Storage, 777 Mantua Grove Road, Paulsboro, NJ 08066-1732 |
| 520051252 | +++ | Lvnv Funding LLC, Greenville, SC 29601 |
| 520051258 | | NJ State Division of Taxation, Bankruptcy Compliance and Enforcement, 08965 |
| 520062617 | + | Pioneer Credit Recovery Inc., Attn: Tyrisha Broadway, representative, PO Box 1018, Moorestown, NJ 08057-0018 |
| 520051260 | +++ | Pnc Financial, Cleveland, OH 44101 |
| 520051269 | +++ | Rubin & Rothman LLC, Attn: Christop J Ahern, Islandia, NY 11749 |
| 520051277 | +++ | Td Bank, Lewiston, ME 04240 |
| 520051280 | +++ | U.S. Bank N.A., Greenville, SC 29601 |
| 520051282 | + | Zwicker & Associates, Attn: Peter N. Fish, 1202 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-4308 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2025 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2025 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520057193 | + | EDI: PHINAMERI.COM | Feb 25 2025 01:47:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520074362 | + | EDI: PHINAMERI.COM | Feb 25 2025 01:47:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 520051194 | | EDI: LCIICSYSTEM | Feb 25 2025 01:47:00 | AES, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520096176 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 23-18928-ABA   Doc 66   Filed 02/26/25   Entered 02/27/25 00:15:27   Desc Imaged
Certificate of Notice   Page 3 of 7

| District/off: 0312-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 148 | Total Noticed: 91 |

| | | | |
|---|---|---|---|
| | | Feb 24 2025 21:47:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520051196 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 24 2025 21:33:06 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520051195 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 24 2025 22:44:27 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520111786 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 24 2025 21:33:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520051199 | EDI: BANKAMER | | |
| | | Feb 25 2025 01:47:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520051198 | EDI: BANKAMER | | |
| | | Feb 25 2025 01:47:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520115143 | EDI: BANKAMER | | |
| | | Feb 25 2025 01:47:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520051204 | EDI: TSYS2 | | |
| | | Feb 25 2025 01:47:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520051203 | EDI: TSYS2 | | |
| | | Feb 25 2025 01:47:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520051219 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Feb 24 2025 21:08:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 520051205 | EDI: CAPITALONE.COM | | |
| | | Feb 25 2025 01:47:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051205 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Feb 24 2025 21:33:38 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051206 | EDI: CAPITALONE.COM | | |
| | | Feb 25 2025 01:47:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051206 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Feb 24 2025 22:04:49 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520060897 | + EDI: AIS.COM | | |
| | | Feb 25 2025 01:47:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520060897 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Feb 24 2025 21:33:23 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520051215 | ^ MEBN | | |
| | | Feb 24 2025 20:59:54 | Citibank N.A., 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520051217 | EDI: CITICORP | | |
| | | Feb 25 2025 01:47:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520051216 | EDI: CITICORP | | |
| | | Feb 25 2025 01:47:00 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520051218 | ^ MEBN | | |
| | | Feb 24 2025 21:01:19 | Citizens Bank, 6 Corporate Dr, Shelton, CT 06484-6270 |
| 520051221 | EDI: WFNNB.COM | | |
| | | Feb 25 2025 01:47:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051220 | EDI: WFNNB.COM | | |
| | | Feb 25 2025 01:47:00 | Comenity Bank/Catherines, PO Box 182789, Columbus, OH 43218-2789 |
| 520051222 | EDI: WFNNB.COM | | |
| | | Feb 25 2025 01:47:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051223 | EDI: WFNNB.COM | | |
| | | Feb 25 2025 01:47:00 | Comenity Bank/Helzberg, PO Box 182789, Columbus, OH 43218-2789 |
| 520051226 | EDI: WFNNB.COM | | |
| | | Feb 25 2025 01:47:00 | ComenityCapital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |

Case 23-18928-ABA   Doc 66   Filed 02/26/25   Entered 02/27/25 00:15:27   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0312-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 148 | Total Noticed: 91 |

| | | | |
|---|---|---|---|
| 520051227 | EDI: WFNNB.COM | Feb 25 2025 01:47:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520051228 | EDI: DISCOVER | Feb 25 2025 01:47:00 | Discover Bank, c/o Discover Products Inc., 6500 New Albany Road East, New Albany, OH 43054 |
| 520057307 | EDI: DISCOVER | Feb 25 2025 01:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520051231 | EDI: DISCOVER | Feb 25 2025 01:47:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520051230 | EDI: DISCOVER | Feb 25 2025 01:47:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520051235 | Email/Text: collecadminbankruptcy@fnni.com | Feb 24 2025 21:08:00 | First National Bank of Omaha, 1601 Capitol Ave, Omaha, NE 68102 |
| 520051237 | EDI: PHINAMERI.COM | Feb 25 2025 01:47:00 | Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520051240 | EDI: LCIICSYSTEM | Feb 25 2025 01:47:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520051241 + | EDI: PHINGENESIS | Feb 25 2025 01:47:00 | Indigo Credit Card, 14600 Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 520051243 + | EDI: IRS.COM | Feb 25 2025 01:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520341544 | EDI: JEFFERSONCAP.COM | Feb 25 2025 01:47:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520341545 | EDI: JEFFERSONCAP.COM | Feb 25 2025 01:47:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 520051244 | EDI: JPMORGANCHASE | Feb 25 2025 01:47:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520051244 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2025 22:04:51 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520051247 | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2025 21:08:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 520051246 | Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2025 21:08:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520078677 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2025 21:33:24 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520051251 + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2025 21:33:41 | Lvnv Funding LLC, c/o Resurgent Capital Services LP, 55 Beattie Place Suite 110 Mail stop 276, Greenville, SC 29601-5115 |
| 520051255 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2025 21:33:14 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520051257 | Email/Text: ml-ebn@missionlane.com | Feb 24 2025 21:08:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520051256 | Email/Text: ml-ebn@missionlane.com | Feb 24 2025 21:08:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520096540 + | Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2025 21:09:00 | Midland Credit Management, Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 520107651 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2025 21:08:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 520116598 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2025 21:08:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |

Case 23-18928-ABA   Doc 66   Filed 02/26/25   Entered 02/27/25 00:15:27   Desc Imaged
                             Certificate of Notice   Page 5 of 7

| District/off: 0312-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 148 | Total Noticed: 91 |

| | | | | |
|---|---|---|---|---|
| 520051262 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2025 21:08:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 520051264 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2025 21:08:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458-1703 |
| 520051263 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 24 2025 21:08:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 520051259 | + | Email/Text: bkfilings@zwickerpc.com | Feb 24 2025 21:10:00 | PNC Bank, c/o 1020 laurel Park Road, Suite 303, Voorhees, NJ 08043-3518 |
| 520109458 | | EDI: PRA.COM | Feb 25 2025 01:47:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520051266 | | EDI: PRA.COM | Feb 25 2025 01:47:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520149147 | | EDI: PRA.COM | Feb 25 2025 01:47:00 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 520113947 | | EDI: PRA.COM | Feb 25 2025 01:47:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 520180142 | | EDI: PRA.COM | Feb 25 2025 01:47:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 520051265 | | EDI: PRA.COM | Feb 25 2025 01:47:00 | Portfolio Recov Assoc, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520051267 | + | Email/Text: signed.order@pfwattorneys.com | Feb 24 2025 21:08:00 | Pressler Felt & Warshaw LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520110316 | | EDI: Q3G.COM | Feb 25 2025 01:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520078465 | | EDI: Q3G.COM | Feb 25 2025 01:47:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520115099 | + | Email/Text: bncmail@w-legal.com | Feb 24 2025 21:09:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520051271 | ^ | MEBN | Feb 24 2025 21:01:30 | Selip & Stylianou LLP, Attn: Janki N. Patel, 10 Forest Ave., Paramus, NJ 07652-5238 |
| 520051272 | + | EDI: SYNC | Feb 25 2025 01:47:00 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520051272 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2025 21:33:38 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 520111570 | + | EDI: AISACG.COM | Feb 25 2025 01:47:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520111570 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 24 2025 21:33:54 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520051274 | | EDI: SYNC | Feb 25 2025 01:47:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520051274 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2025 21:33:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520051273 | + | EDI: SYNC | Feb 25 2025 01:47:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520051273 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 24 2025 21:33:37 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520051279 | | EDI: TDBANKNORTH.COM | Feb 25 2025 01:47:00 | Td Bank, Attn: Bankruptcy/TD Card Srvs, PO Box |

| District/off: 0312-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 148 | Total Noticed: 91 |

| 520061880 | ^ MEBN | | Feb 24 2025 20:59:29 | 84037, Columbus, GA 31908-4037<br>TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 79

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520051229 | | Discover Bank |
| 520051254 | | Lvnv Funding LLC |
| 520051201 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520051200 | * | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520051207 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051208 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051209 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051210 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051211 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051212 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051213 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051214 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520051224 | * | Comenity Bank/Helzberg, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520051225 | * | Comenity Bank/Helzberg, PO Box 182789, Columbus, OH 43218-2789 |
| 520051233 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520051232 | * | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520051238 | *+ | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 520051242 | *+ | Indigo Credit Card, 14600 Greenbrier Parkway, Beaverton, OR 97006-5745 |
| 520051245 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520051268 | *+ | Pressler Felt & Warshaw LP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520051276 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520051275 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |

| District/off: 0312-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 148 | Total Noticed: 91 |

Denise E. Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jennifer R. Gorchow
    on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com

Rebecca Diane Boudwin
    on behalf of Creditor Lakebridge Community Services Association  Inc. rboudwin@brrllaw.com

Ronald E. Norman
    on behalf of Joint Debtor Susan A Sharpe-Corliss rnorman@rnormanlaw.com
    ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

Ronald E. Norman
    on behalf of Debtor Joseph C Corliss rnorman@rnormanlaw.com
    ekonecsny@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com;norman.ronaldb115031@notify.bestcase.com;9070633420@filings.docketbird.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8