Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−18928−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C Corliss
aka Joseph Corliss, aka Joseph Clark Corliss
32 Knollwood Drive
Woodbury, NJ 08096

Susan A Sharpe−Corliss
aka Susan A Sharpe, aka Susan Sharpe, aka Susan Allyson Sharpe, aka SUSAN SHARPECORLISS, aka Susan A McElrath
32 Knollwood Drive
Woodbury, NJ 08096

Social Security No.:
xxx−xx−1510

xxx−xx−3144

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 21, 2025</u>

<u>Andrew B. Altenburg Jr.</u>
Judge, United States Bankruptcy Court